# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ALAN HAMMERSMITH ROSE, | ) | 3:05-cv-00522-HDM-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ADOPTING MAGISTRATE |
| vs. | ) | JUDGE'S REPORT AND |
| | ) | RECOMMENDATION |
| CHASE MANHATTAN BANK USA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

The court has considered the report and recommendation of the United States Magistrate Judge (#23) filed on May 8, 2006, in which the Magistrate Judge recommends that this court enter an order granting defendant's motion to compel arbitration (#14).  No objections to the report and recommendation have been filed and the time for filing any objections has expired.  The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

**ADOPTS AND ACCEPTS** the report and recommendation of the United States Magistrate Judge (#23).  Therefore, defendant's

1

motion to compel arbitration (#14) is **GRANTED**.

All other pending motions are **DENIED AS MOOT** without prejudice to re-file.

This case shall be administratively closed.

It is so **ORDERED**.

DATED: This 30th day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE